IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  23-cr-247 DWF/DTS |
| | ) | Date:  August 14, 2023 |
| Derrick Anthony Dammons(2), | ) | Courthouse:  St. Paul |
| | ) | Courtroom:  6B |
| Defendant, | ) | Time Commenced:  1:35 p.m. |
| | | Time Concluded:  1:45 p.m. |
| | | Time in Court:  10 minutes |

APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Matthew Deates, Assistant Federal Public Defender
  X FPD    X To be appointed

Date Charges Filed: 8/8/2023    Offense: conspiracy to distribute methamphetamine; possession with intent to distribute fentanyl; felon in possession of a gun

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Wednesday, August 16, 2023 at 10:30 a.m. before U.S. Magistrate Judge Douglas L. Micko, CR 6B for:
  X Detention hrg    X Arraignment hrg

X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                    s/jam
                                                    Signature of Courtroom Deputy