# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-247 (DWF/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Derrick Anthony Dammons (2), | |
| Defendant. | |

Defendant Derrick Anthony Dammons filed an Unopposed Motion for Extension of Deadlines pending plea negotiations and, if necessary, to provide Defendant and his attorney reasonable time necessary for effective trial preparation; **IT IS HEREBY ORDERED**:

1. All motions in this case shall be filed by **October 25, 2023**. Counsel is directed to read the Court's Case Management Order, Dkt. No. 17, prior to filing any discovery motion.

2. Counsel must file a letter on or before **October 25, 2023**, if no motions will be filed and there is no need for a motions hearing.

3. Responses to the motions must be filed by **November 8, 2023**.

4. Any Notice of Intent to Call Witnesses must be filed by **November 8, 2023**. D. Minn. LR 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses must be filed by **November 13, 2023**. D. Minn. LR 12.1(c)(3)(B).

6. The motion hearing scheduled for **October 25, 2023** at **10:00 am** is continued; Counsel must contact the Courtroom Deputy for Judge David T. Schultz to confirm a new hearing date.

7. The period of time from **September 27, 2023 through October 25, 2023**, shall be excluded from Speedy Trial Act computations for Defendant.

8. Counsel must contact the Courtroom Deputy for District Judge Donovan W. Frank to confirm the new trial date.

Dated: September 25, 2023          s/ David T. Schultz_____
                                   DAVID T. SCHULTZ
                                   U.S. Magistrate Judge